<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-2254**

DEBRA MAYES,

           Plaintiff – Appellant,

      v.

RENEE TIPPENS,

           Defendant – Appellee,

      and

GRAPHIC PACKAGING INTERNATIONAL,

           Defendant.

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte.  Robert J. Conrad, Jr., Chief District Judge.  (3:10-cv-00410-RJC-DSC)

Submitted:  December 9, 2010      Decided:  December 22, 2010

Before DUNCAN, AGEE, and KEENAN, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Debra Mayes, Appellant Pro Se.  Mason Gardner Alexander, Jr., FISHER & PHILLIPS, LLP, Charlotte, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Debra Mayes seeks to appeal the district court's order denying reconsideration of its order adopting the recommendation of the magistrate judge and granting Defendant Renee Tippens's motion to dismiss the claims against Tippens. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541, 545-46 (1949). The order Mayes seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED